# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0183.  OLIVIA BOYCE v. THERESA ANN MULL.

On December 20, 2017, the trial court dismissed Olivia Boyce's petition for a stalking protective order.  Boyce filed a motion for reconsideration, which the trial court denied on June 5, 2018.  Boyce filed a notice of appeal to both this Court and the Georgia Supreme Court from the trial court's order.  The appeal to this Court was docketed as Case No. A18A2096 and dismissed on August 2, 2018, for lack of jurisdiction.  The Supreme Court has since transferred the appeal filed in its court to this Court, which we dismiss as duplicative.

As explained in the order dismissing Case No. A18A2096, a notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Boyce file her notice of appeal more than 30 days after the entry of the trial court's order dismissing her case.  Accordingly, we have no jurisdiction to consider an appeal from the trial court's order.

Therefore, this second appeal from the same order is hereby DISMISSED as duplicative.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__10/02/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*